IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUINTIS CLARK,<br>CHARLES SLADE, III,<br>ALEXANDER GRANGER,<br>JESSE MYERS,<br>DONTE WEBB,<br>STANLEY POSTELL,<br>HOLDEN HASTINGS,<br>ISRAEL BERRIOS,<br>JOSEPH ALBINO,<br>KEYON LUCAS,<br>OMONTAY MONROE and<br>ESTES WALKER,<br>               Plaintiffs,<br><br>        v.<br><br>GEORGE JUNIOR REPUBLIC,<br>GEORGE JUNIOR REPUBLIC REALTY,<br>GEORGE JUNIOR REPUBLIC IN<br>PENNSYLVANIA,<br>GEORGE JUNIOR REPUBLIC IN<br>INDIANA, INC. and<br>JOHN/JANE DOES 1-100,<br>               Defendants. | CIVIL ACTION<br><br>NO.  23-922 |

**O R D E R**

**AND NOW**, this 18th day of March, 2025, upon consideration of Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint (ECF No. 19) and the response thereto (ECF No. 22), **IT IS ORDERED** that Defendants' Motion to Dismiss (ECF No. 19) is **GRANTED IN PART** and **DENIED IN PART.**

    a.  Defendants' Motion to Dismiss is **GRANTED** as to George Junior Republic Realty and George Junior Republic in Indiana, Inc. as to all claims **WITHOUT PREJUDICE.**

2

b.  Defendants' Motion to Dismiss is **GRANTED** as to the breach of fiduciary duty claim (Count 13) and request for a writ of mandamus as to George Junior Republic, George Junior Republic in Pennsylvania, and John/Jane Does 1-100 **WITH PREJUDICE.**

c.  Defendants' Motion to Dismiss is **DENIED** as to all other claims. Counts 1-12 and 14 will remain against George Junior Republic, George Junior Republic in Pennsylvania, and John/Jane Does 1-100.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
**HODGE, KELLEY B., J.**